**WENXIN ZHANG, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–72954.**

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2013.*

Filed June 20, 2013.

Dixon Wong, Esquire, Counsel, Law Offices of Dixon Wong, Pasadena, CA, for Petitioner.

Charles S. Greene, Trial, OIL, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Wenxin Zhang, a native and citizen of China, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion to reopen removal proceedings held in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Garcia v. INS*, 222 F.3d 1208, 1209 (9th Cir.2000), and we deny the petition for review.

The agency did not abuse its discretion in denying Zhang's motion to reopen where the notice provided to Zhang of his next hearing date was sufficient. *See id.* at 1209 (notice to counsel of record constitutes notice to alien).

The October 22, 2010, motion to intervene filed by the Robin Hood International Human Rights Legal Defense Fund is denied.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).